UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/17/2026
```

JUSTIN GOLDMAN,

                                    Plaintiff,                    **ORDER**

                    -v-                                          25-CV-9644 (JPC) (HJR)

SONY MUSIC ENTERTAINMENT,

                                    Defendant.

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's February 16, 2026 pre-motion letter regarding an anticipate motion to dismiss.  ECF No. 11.

A conference is scheduled on **March 13, 2026** at **10:00 a.m.** by telephone to address the anticipated motion to dismiss.  Plaintiff and defense counsel should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 281 340 871#).

Plaintiff's counsel is directed to advise plaintiff of this order, including his obligation to appear at the March 13, 2026 conference if the separate motion to withdraw as counsel is granted.

**SO ORDERED.**

Dated: February 17, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1